Michele R. Moretti, Arizona Bar No. 014851
7671 S.W. 117th Place
Lake Butler, Florida 32054
Telephone: (386) 496-0701
Facsimile: (386) 496-0701
Email: michele501@earthlink.net
Attorney for Defendant

# UNITED STATES COURT OF APPEALS

# NINTH CIRCUIT
(EN BANC)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) C.A. # 10-10131 |
| | ) U.S.C.C# 08-CR-01329 (PHX-ROS) |
| vs. | ) |
| DAMIEN MIGUEL ZAPEDA, | ) **CJA MOTION TO LATE FILE** |
| | ) **SUPPLEMENTAL REPLY BRIEF** |
| Defendant | ) |

Now comes Michele R. Moretti, Esq., appointed counsel for Appellant, and hereby respectfully requests that this court allow the instant filing of Appellant's Supplemental Reply Brief. As reasons therefor, undersigned counsel timely submitted the document to this court on January 19, 2015 at 11:10 PST; however a lack of email confirmation this morning suggested the original filing was not completed.

RESPECTFULLY SUBMITTED this the 20th day of January, 2015.

/s/ *Michele R. Moretti*
Michele R. Moretti
Attorney for Appellant

1

Copies of the foregoing sent electronically on this date to:

Robert Lally Miskell, AUSA
Office of the US Attorney
Suite 4800
405 West Congress Street
Tucson, AZ 85701-5021

Paul Whitfield Hughes
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006